UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

NAIM ISMAIL,

      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/4/2020_____

18 Cr. 791 (AT)

**ORDER**

ANALISA TORRES, District Judge:

It is ORDERED that an initial appearance shall be held in this action on **September 9, 2020**, at **9:00 a.m.**  The conference shall proceed by telephone.  The parties are directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827.  *See In re Coronavirus/Covid-19 Pandemic*, 20 Misc. 176, ECF No. 2 (S.D.N.Y. Jun. 24, 2020) ("[C]onditions make it necessary for the judges in this District to continue to conduct proceedings remotely, by videoconference or teleconference.").

All participants should identify themselves every time they speak, spell any proper names for the court reporter, and take care not to interrupt or speak over one another.  Finally, all of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

As requested, defense counsel will be given an opportunity to speak with the Defendant by telephone for fifteen minutes before the proceeding begins (i.e., at **8:45 a.m.**); defense counsel should make sure to answer the telephone number that was previously provided to chambers at that time.

It is ORDERED that Defendant's counsel shall confer with the Government and file a letter to the docket, in advance of sentencing and no later than **September 8, 2020**, stating the positions of both Defendant and the Government on "whether the Court can, consistent with the U.S. Constitution, Federal Rules of Criminal Procedure (*see, e.g.*, Rules 5(f), 10(b) & (c), and 43), and any

other relevant law, conduct the matter by **telephone** . . . and, . . . whether the Defendant consents to appearance in that manner." Rule 2(B) of the Court's Emergency Individual Rules (emphasis added).

    SO ORDERED.

Dated: September 4, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge