```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/9/2020____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

NAIM ISMAIL,

                Defendant.

18 Cr. 791 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    For reasons stated on the record at the conference held on September 9, 2020, it is ORDERED that the Bureau of Prisons shall arrange for Defendant, Naim Ismail, to be examined by a medical doctor no later than **September 14, 2020**, with respect to his complaints of diabetes and a potential heart or lung condition.

    SO ORDERED.

Dated: September 9, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge