UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

NAIM ISMAIL,

           Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/6/2020_____

18 Cr. 791 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 4, 2020, Defendant submitted a motion for reconsideration of bail under 18 U.S.C. § 3145(b). ECF No. 23. It is ORDERED that by **October 9, 2020**, the Government shall file a response.

    SO ORDERED.

Dated: October 6, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge