```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

Naim Ismail          Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

18 -CR- 791 (A)(T)

Defendant _____Naim Ismail_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

_X_ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_Laura Marran for Naim Ismail_
**Defendant's Signature**
(Judge may obtain verbal consent on Record and Sign for Defendant)

_NAIM ISMAEL_
Print Defendant's Name

_[signature]_
Defense Counsel's Signature

_LAURA MARRAN_
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_10/28/20_
Date

_[signature]_
**ANALISA TORRES**
United States District Judge