UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

NAIM ISMAIL,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/16/2020_____

18 Cr. 791 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed defense counsel's letter of November 16, 2020. ECF No. 35. By **November 23, 2020**, counsel for Defendant and the Government shall meet and confer to determine if an agreement can be reached regarding the extension of deadlines, discovery protocols, and locating Defendant.

    SO ORDERED.

Dated: November 16, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge