UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       -against-

NAIM ISMAIL,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/23/2020____

18 Cr. 791 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court has reviewed the Government's letter dated November 23, 2020. ECF No. 37. By **December 7, 2020**, Defendant shall provide an update to the Court regarding the need for and proposed length of any extensions of the deadline to inform the Court if he intends to file any motions.

       SO ORDERED.

Dated: November 23, 2020
       New York, New York

                                                   ANALISA TORRES
                                           United States District Judge