```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/19/2021____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

NAIM ISMAIL,

              Defendant.

18 Cr. 791 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for March 3, 2021, is ADJOURNED to **April 21, 2021**, at **11:00 a.m.** Time until April 21, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will permit counsel additional time to review discovery and determine if there are pretrial motions to file.

    SO ORDERED.

Dated: February 19, 2021
       New York, New York

                                                      ANALISA TORRES
                                               United States District Judge