UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

NAIM ISMAIL,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/20/2021_____

18 Cr. 791 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The sentencing hearing in this matter scheduled for January 10, 2022, is ADJOURNED to **January 26, 2022**, at **2:00 p.m.** The hearing shall proceed in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. Accordingly,

1. By **January 12, 2022**, Defendant shall file his sentencing submission.
2. By **January 19, 2022**, the Government shall file its sentencing submission.

In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse. To gain entry to 500 Pearl Street, follow the instructions provided here:

https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf.

All individuals must practice social distancing at all times in the courthouse. Individuals must wear a mask that covers their nose and mouth at all times in the courthouse. Bandanas, gaiters, and masks with valves are not permitted.

By **January 19, 2022**, counsel must advise the Court of how many spectators will attend the proceeding. The parties must advise the Court by the same date how many individuals will be seated at counsels' tables. Special accommodations may need to be made if more than **ten** unvaccinated spectators are expected to attend, or more than **three** unvaccinated individuals are expected to be seated at each counsel's table.

SO ORDERED.

Dated: December 20, 2021
       New York, New York

                                                      ANALISA TORRES
                                               United States District Judge