UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

NAIM ISMAIL,

              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/3/2022_

18 Cr. 791 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant's objections to the presentence report ("PSR") and the Government's response filed on March 2, 2022. ECF Nos. 53, 54. Accordingly, the sentencing scheduled for March 9, 2022, is ADJOURNED to **May 10, 2022**, at **2:00 p.m.** Defendant shall submit his objections to the probation officer by **March 4, 2022**. The Government shall submit its response to those objections by **March 18, 2022**.

    SO ORDERED.

Dated: March 3, 2022
       New York, New York

ANALISA TORRES
United States District Judge