```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/7/2022_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

NAIM ISMAIL,

                         Defendant.

18 Cr. 791 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On March 3, 2022, the Court adjourned the sentencing in this matter until May 10, 2022. ECF No. 55. Accordingly, any amendments to Defendants' sentencing submission are due **April 19, 2022**, and any amendments to the Government's sentencing submission are due **April 26, 2022**.

      SO ORDERED.

Dated: March 7, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge