UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

NAIM ISMAIL,

                            Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/25/2022_

18 Cr. 791 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the April 20, 2022 letter filed by Defendant replying to the Government's response to his objections to the presentence report ("PSR"). ECF No. 58. By **May 2, 2022**, the Government shall respond to Defendant's letter. The Court shall then determine whether a hearing is necessary to resolve any of Defendant's objections to the PSR in advance of sentencing. *See United States v. Fatico*, 579 F.2d 707 (2d Cir. 1978). The sentencing scheduled for May 10, 2022, is ADJOURNED to **June 8, 2022**, at **2:00 p.m.**

    SO ORDERED.

Dated: April 25, 2022
       New York, New York

                                                    ANALISA TORRES
                                             United States District Judge