```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/5/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

NAIM ISMAIL,

                Defendant.

18 Cr. 791 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letter filed on March 2, April 20, and May 2, 2022. ECF Nos. 53, 54, 58, and 60. Accordingly, the Court does not find that a *Fatico* hearing is necessary to resolve factual issues in advance of sentencing. *See United States v. Phillips*, 431 F.3d 86, 93 (2d Cir. 2005).

    Additionally, the sentencing scheduled for June 8, 2022, is ADJOURNED to **June 28, 2022**, at **3:00 p.m.**

    SO ORDERED.

Dated: May 5, 2022
       New York, New York

                                          ANALISA TORRES
                                   United States District Judge