```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

NAIM ISMAIL,

                           Defendant.

18 Cr. 791 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has been informed that Defendant, Naim Ismail, intends to file a motion for a sentence reduction pursuant to Amendment 821 of the U.S. Sentencing Guidelines Manual, but is unable to afford his prior retained counsel. Accordingly, the Federal Defenders of New York shall be appointed to represent Ismail pursuant to the standing order of the Chief Judge of this District. The Clerk of Court is respectfully directed to terminate Laura Marran from the docket.

    SO ORDERED.

Dated: March 19, 2024
       New York, New York

                                              ANALISA TORRES
                                           United States District Judge