```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/8/2024_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

NAIM ISMAIL,

                      Defendant.

18 Cr. 791 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendant, Naim Ismail, moved for a sentence reduction on April 12, 2024. ECF No. 77. The Court ordered the Government to respond to the motion by April 30, 2024, and for Defendant to file his reply, if any, by May 7, 2024. ECF No. 78. The deadline for Defendant's reply brief has now passed.

    Accordingly, Defendant shall file his reply brief, if any, by **May 14, 2024.**

    SO ORDERED.

Dated: May 8, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge