USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _6/30/2026____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

      -against-

NAIM ISMAIL,

                Defendant.

18 Cr. 791 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has received Naim Ismail's motion for early termination of supervised release. *See* ECF No. 88. Accordingly, by **July 28, 2026**, the Government shall respond.

      SO ORDERED.

Dated: June 30, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge